United States District Court
District of Columbia

**FILED**

**OCT 1 2 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Andrew Bestor, *pro se*
144 11th St. SE, No. 4
Washington D.C. 20003
(202) 320-3638

v.

Federal Bureau of Investigation [FBI]
J. Edgar Hoover Building
935 Pennsylvania Ave. NW
Washington D.C. 20535-0001
(202) 324-3000

CASE NUMBER  1:06CV01745

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil

DATE STAMP: 10/12/2006

## COMPLAINT

May it please the Court,

1. Acting under the Freedom Of Information Act 5 U.S.C. 552 and all related entitlements, Bestor files this Complaint against the Federal Bureau of Investigation (FBI) in the United States District Court for the District of Columbia as authorized in the attached letters from the FBI [Evidence 1 and 2].

2. Bestor seeks access to all documents, files, systems of files and data the FBI has on him, particularly focusing on the 1990s and Seattle Washington where he contacted them and now very much believes they documented the contact. All information the FBI has in their 'main vaults' or in their headquarters retrieval system will also be of great interest; the authorization to act in court covers everything prior to his arrival in Washington D.C. in July 2001 [he has 'exhausted' his administrative appeals trying to obtain the data].

3. Bestor previously sought information from the FBI and now believes they lied to him on previous occasions as the third attached letter from the FBI [Evidence 3] will show - with consequential damages. Given those experiences he alleges they act in 'bad faith.'

Andrew Bestor, 144 11th St SE, Washington D.C. 20003, (202) 320-3638

1

United States District Court
District of Columbia

## Evidence

**Evidence 1 and 2**: Letters from the FBI authorizing court action under the Freedom Of Information Act 5 U.S.C. 552 to obtain all files, systems of files, documents and data from the FBI and Seattle Field Office of the FBI.

**Evidence 3**: Letter from the FBI definitely showing Bestor previously attempted to obtain this information, which Bestor says equates to 'bad faith' on their part with consequential damages. Bestor does not have his 2001 request to the FBI for information but only their evasive denial, which at the bottom appears to acknowledge even a previous request for all information had been made ["NOTE: .....an FOIPA request"]. In that sense this District Court has been victimized right along with Bestor, insofar as Bestor based five years of litigation [at significant cost] on their denial.



U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642          Washington, D.C. 20530

SEP 0 6 2005

Mr. Andrew S. Bestor                Re:  Appeal No. 05-2021
144 11th Street SE., No. 4               Request No. 1021054
Washington, DC  20003                    RLH:ADW:JTR

Dear Mr. Bestor:

    You appealed from the action of the Headquarters Office of the Federal Bureau of Investigation on your request for access to records concerning you.

    After carefully considering your appeal, and as a result of discussions between FBI personnel and a member of my staff, the FBI conducted a further search and located one page of responsive information.  I have decided to release this one page to you in full, a copy of which is enclosed.  With the release of this one page, the Headquarters Office of the FBI has provided you with all records that it could locate in its files responsive to your request.

    Additionally, FBI personnel have advised a member of my staff that the Washington Field Office may have records responsive to your request.  If you have not done so already, I can only suggest that you submit a new request directly to the Washington Field Office. See 28 C.F.R. §§ 16.3(a) and 16.41(a) (2004) (requests for records held by FBI field offices must be submitted to the field offices directly).  I will consider appeals from each response individually. The address for the Washington Field Office is:

        Federal Bureau of Investigation
        Washington Metropolitan Field Office
        601 4th Street NW.
        Washington, DC  20535-0002

    If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                                    Sincerely,

                                    Richard L. Huff
                                    Co-Director

Enclosure            Evidence 1 and 2:



U.S. Department of Justice

Office of Information and Privacy

---

Telephone: (202) 514-3642    Washington, D.C. 20530

SEP - 5 2006

Mr. Andrew Bestor
No. 4
144 11th Street SE.
Washington, DC 20003

Re:   Appeal No. 06-0096
      Request No. 1029403-000
      KDC:ADW:DJS

Dear Mr. Bestor:

You appealed from the action of the Seattle Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to yourself.

After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no Seattle Field Office records responsive to your request in its automated indices. Subsequent to your appeal, the FBI conducted another search of its automated indices for Seattle Field Office records responsive to your request. No responsive records were located as a result of this second search. I have determined that the FBI's response was correct.

Regarding your comments about your employment with Boeing, please note that the FBI does not routinely conduct background investigations for any agency other than the Department of Justice, nor does it grant security clearances to anyone other than its own employees. I suggest that you write directly to whatever organization conducted your background investigation.

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director

Evidence 1 and 2:

October 26, 2001

Honorable George Allen
United States Senator
507 East Franklin Street
Richmond, VA  23219

Dear Senator Allen:

      I am writing in response to your September 27th communication on behalf of Mr. Andrew S. Bestor. Mr. Bestor alleges, among other things, that he is being harassed by the "nation of Japan."

      In order for the FBI to initiate an investigation of any complaint we receive, specific facts must be set forth to indicate that a violation of federal law within our investigative jurisdiction has occurred. As much as we would like to be of assistance to Mr. Bestor, Japanese sovereignty issues prevent us from intervening in that country's internal affairs. I want to assure him that the FBI is not involved in activities of the kind that he mentioned. Should Mr. Bestor have any evidence that representatives of Japan's construction industry or other groups are engaging in criminal activities in the United States that he believes are in violation of any of the federal laws falling within the investigative jurisdiction of the FBI, I encourage him to provide details of such activities to our Washington Field Office, 601 Fourth Street, Northwest, Washington, D.C. 20535-0002, telephone number 202-278-2000.

      I hope this information will be helpful to you in responding to Mr. Bestor. Your enclosures are being returned as requested.

                                  Sincerely yours,

                                  Arthur Radford Baker
                                  Unit Chief
                                  Office of Public and
                                    Congressional Affairs

Enclosures

1 - ADIC, WFO - Enclosures
1 - LEGAT, Tokyo - Enclosures
1 - SAC, Richmond - Enclosures
1 - IOS, ISD (Room 7443) - Enclosures
1 - Congressional Affairs Office (Room 7240) - Enclosures
62C-HQ-1077229— 13190
NOTE: Based on available information, the only reference in ACS records possibly identifiable with Andrew S. Bestor is an FOIPA request.
JB

JS-44
(Rev.1/05 DC)
Case 1:06-cv-01745-RMU   Document 1-2   Filed 10/12/2006   Page 1 of 2

CIVIL COVER SHEET

06-1745
RMU

## I. (a) PLAINTIFFS

Andrew Bestor

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Andrew Bestor pro se
144 11th St. SE., Washington D.C. 20003

## DEFENDANTS

Federal Bureau of Investigation
935 Penn Ave. NW Washington D.C. 20535-0001

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  11001
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES...

CASE NUMBER  1:06CV01745
JUDGE: Ricardo M. Urbina
DECK TYPE: Pro se General Civil
DATE STAMP: 10/12/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- [x] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

- [ ] **A. Antitrust**
  - [ ] 410 Antitrust

- [ ] **B. Personal Injury/Malpractice**
  - [ ] 310 Airplane
  - [ ] 315 Airplane Product Liability
  - [ ] 320 Assault, Libel & Slander
  - [ ] 330 Federal Employers Liability
  - [ ] 340 Marine
  - [ ] 345 Marine Product Liability
  - [ ] 350 Motor Vehicle
  - [ ] 355 Motor Vehicle Product Liability
  - [ ] 360 Other Personal Injury
  - [ ] 362 Medical Malpractice
  - [ ] 365 Product Liability
  - [ ] 368 Asbestos Product Liability

- [ ] **C. Administrative Agency Review**
  - [ ] 151 Medicare Act
  - Social Security:
  - [ ] 861 HIA ((1395ff)
  - [ ] 862 Black Lung (923)
  - [ ] 863 DIWC/DIWW (405(g)
  - [ ] 864 SSID Title XVI
  - [ ] 865 RSI (405(g)
  - Other Statutes
  - [ ] 891 Agricultural Acts
  - [ ] 892 Economic Stabilization Act
  - [ ] 893 Environmental Matters
  - [ ] 894 Energy Allocation Act
  - [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

- [ ] **D. Temporary Restraining Order/Preliminary Injunction**

  Any nature of suit from any category may be selected for this category of case assignment.

  *(If Antitrust, then A governs)*

- [ ] **E. General Civil (Other)**   OR   - [x] **F. Pro Se General Civil**

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**Federal Tax Suits**
- [ ] 870 Taxes (US plaintiff or defendant
- [ ] 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- [ ] 610 Agriculture
- [ ] 620 Other Food &Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**Other Statutes**
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation

- [ ] 470 Racketeer Influenced & Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 900 Appeal of fee determination under equal access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⦿ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 U.S.C. 552 and all related entitlements.

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ Damages   Check YES only if demanded in complaint
JURY DEMAND: YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

DATE Oct 12 2006   SIGNATURE OF ATTORNEY OF RECORD [signature] pro se

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.