# UNITED STATES DISTRICT COURT
## District of Columbia

Andrew Bestor

**SUMMONS IN A CIVIL CASE**

V.

Federal Bureau of Investigation

CASE NUMBER   1:06CV01745

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil

DATE STAMP: 10/12/2006

TO: (Name and address of Defendant)

Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Ave
Washington D.C. 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew Bestor, pro se
144  11th St. SE, Washington D.C. 20003

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                          OCT 12 2006
CLERK                                                DATE

_Janita Stewart-Cured_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint* was made by me(1) | DATE 10/13/06 at 1:15 pm |
| NAME OF SERVER (PRINT)  Daniel Portnoy | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): <u>By serving Chad Tang, Assistant General Counsel, authorized to accept.</u> <u>Service was completed at 935 Pennsylvania Avenue, NW, Washington, DC 20535.</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/13/06
                    Date

*Signature of Server*

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

*Attachments to Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil

# UNITED STATES DISTRICT COURT
## District of Columbia

Andrew Bestor

**SUMMONS IN A CIVIL CASE**

V.

Federal Bureau of Investigation

CASE NUMBER   1:06CV01745

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil

DATE STAMP: 10/12/2006

TO: (Name and address of Defendant)

United States Attorney General
D.O.J.
950 Pennsylvania Ave. NW
Washington D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew Bestor, pro se
144 11th St. SE, Washington D.C. 20003

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON             OCT 12 2006
CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil A

| | | |
|---|---|---|
| **RETURN OF SERVICE** | | |
| Service of the Summons and complaint* was made by me⁽¹⁾ | DATE | 10/13/06 at 12:55 pm |
| NAME OF SERVER *(PRINT)* Daniel Portnoy | TITLE | Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): By serving Raymond McDowell, Mailroom Clerk, authorized to accept. Service was completed at 950 Pennsylvania Avenue, NW, Washington, DC 20530.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/13/06
             Date

*Signature of Server*

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

*Attachments to Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Andrew Bestor

**SUMMONS IN A CIVIL CASE**

V.

Federal Bureau of Investigation

CASE NUMBER   1:06CV01745

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil

DATE STAMP: 10/12/2006

TO: (Name and address of Defendant)

United States Attorney
~~555 4th St. NW~~  501 3rd St., N.W., 4Th Floor
Washington D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew Bestor, pro se
144  11th St. SE, Washington D.C. 20003

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    OCT 12 2006
CLERK                                          DATE

_/s/ Janitha Stewart-_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil A

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint* was made by me(1) | DATE | 10/13/06 at 11:45 am |
| NAME OF SERVER *(PRINT)*  Daniel Portnoy | TITLE | Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): By serving Cindy Parker, Legal Assistant, authorized to accept. Service was completed at 501 3rd Street, NW, Washington, DC 20530.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/13/06
           Date

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

*Attachments to Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.