IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDREW BESTOR** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>) Civil Action No. 06-1745 (RMU)<br>**V.** )<br>) ECF<br>**DEPARTMENT OF JUSTICE,** )<br>)<br>**Defendant.** )<br>) | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

In accordance with Federal Rule of Civil Procedure 6(b)(1), defendant, Department of Justice, by and through undersigned counsel, respectfully requests that the Court extend the time by which the defendant shall respond to Plaintiff's Complaint until December 8, 2006. The answer is otherwise due on Thursday, November 9, 2006. This is defendant's first request for an extension to answer or otherwise plead. Because plaintiff is proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and defendant has not obtained his position as to the relief requested. See Local Civil Rule 7(m).

The plaintiff brought this FOIA action against the Department of Justice. This extension will allow counsel for Defendant to properly confer with the Department, to further investigate and review all of the facts and circumstances surrounding the allegations in the complaint, and to acquire a declaration as necessary pertaining to the allegations as set forth therein.

Accordingly, the federal Defendant's request for an extension of time until December 8, 2006, to respond to Plaintiff's Complaint, is made for good cause shown and not to cause undue

delay of the proceedings.

                Respectfully submitted,

                /s/
             _____
             JEFFREY A. TAYLOR, D.C. BAR # 498610
             United States Attorney

                /s/
             _____
             RUDOLPH CONTRERAS, D.C. BAR # 434122
             Assistant United States Attorney

                /s/
_____
             HEATHER D. GRAHAM-OLIVER
             Assistant United States Attorney
             Judiciary Center Building
             555 4th St., N.W.
             Washington, D.C.  20530
             (202) 305-1334

             Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I certify that the foregoing Motion for Extension of Time was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

ANDREW BESTOR
144 11th Street, SE
Apartment 4
Washington, DC 20003
(202) 320-3638
PRO SE


on this   9th   day of November, 2006.


                                                                                   Heather Graham-Oliver