IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                            )
ANDREW SCOTT BESTOR,                )
                                                            )
        Plaintiff,                                      )
                                                            )
        v.                                                 )
                                                            )        Civil Action No. 1:06-CV-1745 (RMU)
FEDERAL BUREAU OF                      )
INVESTIGATION,[1]                            )
                                                            )
        Defendant.                                  )
_____)

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, the Federal Bureau of Investigation ("FBI"), by and through its undersigned

attorneys, respectfully submits the following answer to plaintiff's Complaint filed on October 12,

2006:

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendant responds to the numbered paragraphs of plaintiff's Complaint as set forth

below:

        1.        Defendant admits that plaintiff has filed his complaint against the FBI pursuant to

the Freedom of Information Act, 5 U.S.C. § 552, and respectfully refers the Court to the

attachments to the Complaint marked "Evidence 1 and 2" for a complete and accurate statement

of their contents.

_____

        [1]  The U.S. Department of Justice should be substituted for the FBI as a proper party
defendant in this case.  See 5 U.S.C. § 552(a)(4)(B).

2.      Defendant admits that by request form dated May 17, 2005, and directed to FBI

Headquarters ("FBIHQ"), plaintiff requested access to "copies of all documents and files the FBI

has on me," and respectfully refers the Court to plaintiff's May 17, 2005 request form for a

complete and accurate statement of its contents.  Exhibit 1.  Defendant further admits that by e-

mail request dated June 7, 2005, and directed to FBI Seattle Field Office, plaintiff requested

"copies of files, data, notes, electronic files, or other types of records and items of files the FBI -

and the Seattle Field Office of the FBI my have concerning me," and respectfully refer the Court

to Plaintiff's June 7, 2005 e-mail for a complete and accurate statement of its contents.  Exhibit

1, pp. 2 & 3.  Defendant denies that plaintiff stated in his May 17, 2005 request or his June 7,

2005 request that he wanted records "particularly focusing on the 1990s."  Defendant lacks

sufficient knowledge to form a belief as to the truth or falsity of the allegations in the first part of

the second sentence of paragraph 2.  Defendant admits that plaintiff has exhausted all

administrative appeals on all but one of the FOIA/Privacy Act requests filed by plaintiff --

plaintiff's request for records in the Washington Field Office.  Exhibit 2.

3.      Defendant admits that the plaintiff has previously sought information from the

FBI through the FOIA, and respectfully refers the Court to the attachment to the Complaint

marked "Evidence 3" for a complete and accurate statement of their contents; and denies the

remainder of sentence one in paragraph 3.  Defendant denies the second sentence of paragraph 3.

The remaining paragraphs represent plaintiff's characterization of the documents

attached to the Complaint to which an answer is not required, but insofar as an answer may be

required, defendant denies, and respectfully refers the Court to the attachments ("Evidence 1-3")

for a complete and accurate statement of their contents.

Except to the extent expressly admitted or qualified above, defendant denies each and every allegation in the Complaint.

**WHEREFORE**, defendant prays for an order: (1) denying plaintiff's request for relief; and (2) for such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/

_____
JEFFREY A. TAYLOR BAR # 498610
United States Attorney

/s/

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/

_____

_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing Answer and Proposed Scheduling Order was served upon

Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

ANDREW BESTOR
144 11th Street, SE
Apartment 4
Washington, DC 20003
(202) 320-3638
PRO SE


on this ___8th___ day of December, 2006.


                                                    /s/
                                        _____
                                        Heather Graham-Oliver

-4-

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ANDREW BESTOR** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.  06-1745 (RMU)** |
| **V.** | ) | |
| | ) | **ECF** |
| **DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## PROPOSED SCHEDULING ORDER

_____this being an action brought under the Freedom of Information Act (FOIA), it is hereby

ordered that the Defendant shall have until February 6, 2007, to file its Motion for Summary

Judgment (Motion).


SO ORDERED.




_____
THE HONORABLE RICHARDO M. URBINA
United States District Court Judge