IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW SCOTT BESTOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:06-CV-1745 (RMU) |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION,[1] ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant, the Federal Bureau of Investigation ("FBI"), by and through its undersigned attorneys, respectfully submits the following amended answer to plaintiff's Complaint filed on October 12, 2006:

FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

Plaintiff failed to exhaust his Administrative Remedies.

THIRD AFFIRMATIVE DEFENSE

Defendant responds to the numbered paragraphs of plaintiff's Complaint as set forth below:

1.  Defendant admits that plaintiff has filed his complaint against the FBI pursuant to

---

[1] The U.S. Department of Justice should be substituted for the FBI as a proper party defendant in this case. See 5 U.S.C. § 552(a)(4)(B).

the Freedom of Information Act, 5 U.S.C. § 552, and respectfully refers the Court to the attachments to the Complaint marked "Evidence 1 and 2" for a complete and accurate statement of their contents.

    2.    Defendant admits that by request form dated May 17, 2005, and directed to FBI Headquarters ("FBIHQ"), plaintiff requested access to "copies of all documents and files the FBI has on me," and respectfully refers the Court to plaintiff's May 17, 2005 request form for a complete and accurate statement of its contents. Exhibit 1. Defendant further admits that by e-mail request dated June 7, 2005, and directed to FBI Seattle Field Office, plaintiff requested "copies of files, data, notes, electronic files, or other types of records and items of files the FBI - and the Seattle Field Office of the FBI my have concerning me," and respectfully refer the Court to Plaintiff's June 7, 2005 e-mail for a complete and accurate statement of its contents. Exhibit 1, pp. 2 & 3. Defendant denies that plaintiff stated in his May 17, 2005 request or his June 7, 2005 request that he wanted records "particularly focusing on the 1990s." Defendant lacks sufficient knowledge to form a belief as to the truth or falsity of the allegations in the first part of the second sentence of paragraph 2. Defendant admits that plaintiff has exhausted all administrative appeals on all but one of the FOIA/Privacy Act requests filed by plaintiff -- plaintiff's request for records in the Washington Field Office. Exhibit 2.

    3.    Defendant admits that the plaintiff has previously sought information from the FBI through the FOIA, and respectfully refers the Court to the attachment to the Complaint marked "Evidence 3" for a complete and accurate statement of their contents; and denies the remainder of sentence one in paragraph 3. Defendant denies the second sentence of paragraph 3.

        The remaining paragraphs represent plaintiff's characterization of the documents

attached to the Complaint to which an answer is not required, but insofar as an answer may be required, defendant denies, and respectfully refers the Court to the attachments ("Evidence 1-3") for a complete and accurate statement of their contents.

Except to the extent expressly admitted or qualified above, defendant denies each and every allegation in the Complaint.

**WHEREFORE**, defendant prays for an order: (1) denying plaintiff's request for relief; and (2) for such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

## CERTIFICATE OF SERVICE

      I certify that the foregoing Amended Answer, Exhibits and Proposed Scheduling Order was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

ANDREW BESTOR  
144 11th Street, SE  
Apartment 4  
Washington, DC 20003  
(202) 320-3638  
PRO SE

on this   11th   day of December, 2006.

                                          /s/  
                                      _____  
                                      Heather Graham-Oliver

May-17-05   10:35am   From-                                                               T-893  P.001/001  F-172



U.S. Department of Justice

BY FAX: 202-324-3752



Federal Bureau of Investigation

SIR: I WOULD LIKE TO OBTAIN COPIES OF ALL
DOCUMENTS AND FILES THE FBI HAS ON ME [ACTING UNDER PRIVACY ACT AND FREEDOM
OF INFORMATION ACT].

Washington, D.C. 20535

### Privacy Waiver and Certification of Identity

Full Name: ANDREW SCOTT BESTOR

Aliases used: NONE

Current Address: 144 11TH ST. SE, NO. 4
WASHINGTON D.C. 20003

Date of Birth: APR. 29 1963    Place of Birth: HARTFORD C.T.

Social Security Number (optional): 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

(Optional: Prior addresses, employments, etc., which may assist the FBI in locating the requested information)
4136 S.W. HOLDEN ST. SEATTLE WA.
1350 BEVERLY ROAD, MCLEAN VA.

~~I hereby waive my right to privacy, and I authorize the FBI to release any and all information relating to me to:~~
PLEASE MAIL TO ME
[ANDREW BESTOR]   ~~(Name, address & phone of attorney or other designee)~~
AT ABOVE ADDRESS,
OR I AM WILLING TO
COME TO THE FBI READING
ROOM IN WASHINGTON D.C.
I AM WILLING TO PAY UP TO $100.00 FOR THE INITIAL COPYING IF FEES ARE
ASSESSED, PERHAPS ULTIMATELY MORE DEPENDING ON THE VOLUME OF MATERIAL.

Under penalty of perjury, I hereby declare that I am the person described above and understand that any
falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001
by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or
obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a (i)(3)
as a misdemeanor and by a fine of not more than $5,000.

Signature: [signed]    Date: MAY 17 2005

THANK YOU.

PERHAPS A VAUGHN INDEX WOULD BE A GOOD STARTING POINT.

BISE

Motturi

om: "Knudson, Phil" <Phil.Knudson@ic.fbi.gov>
): <fbise@leo.gov>
nt: Sunday, June 19, 2005 5:38 PM
ıbject: FW: FOIA REQUEST [Attn. Laura M. Laughlin or designated agent]

see
102105Y
for
notarize
signature

m: Andrew Bestor [mailto:bestorandrew@hotmail.com]
t: Tue 6/7/2005 12:08 PM
Knudson, Phil
bestorandrew@hotmail.com
ject: FOIA REQUEST [Attn. Laura M. Laughlin or designated agent]

`A REQUEST

≥ 7, 2005

Seattle
ra M. Laughlin
cial Agent in Charge
0 Third Avenue
ttle, Washington 98101-2904
tle@fbi.gov
5) 622-0460

ject: Freedom of Information Act and Privacy Act Request

r Sir,

ier the Freedom Of Information Act and Privacy Act I would like copies of
iles, data, notes, electronic files, or other types of records and
ems of files the FBI - and the Seattle Field Office of the FBI - may
≥ concerning me. In making an earlier request to FBI Headquarters I was
rmed that I needed to contact individual field offices directly.

full name is Andrew Scott Bestor, SS No. 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, and I was born on
il 29, 1963 in Hartford Connecticut.

eviously lived at 4136 SW Holden St. in Seattle, and I contacted the
tle office of the FBI in December 2000, giving my name and social
urity number to 'the agent of the day' or duty agent at that time. She
not give me her name, but it evidently was an agent beyond a

8/21/05

Page 2

receptionist. I also left messages on an agent's voice mail in June/July 2001 - I think his first name was Ray.

My current residence is 144 11th St SE, No. 4, Washington D.C. 20003.

I will pay for copies of Xeroxing [I think the suggested initial amount was $25.00 but potentially much more than that], and appreciate your efforts at providing all information you have about me.

I swear under penalty of law the information I request is about me.

Sincerely yours,

Andrew Bestor
144 11th St SE, No. 4, Washington D.C. 20003

8/21/05

**FOIA REQUEST**

**Resubmitted October 1 2005**

Michael A. Mason
Assistant Director in Charge
FBI Washington
Washington Metropolitan Field Office
601 4th St. NW.
Washington D.C. 20535-0002

Subject: Freedom of Information Act and Privacy Act Request

Dear Sir,

Under the Freedom Of Information Act and Privacy Act I would like copies of all files, reports, meeting minutes, notes, diagrams, raw data, electronic files, or other types of records and systems of files **the Washington Field Office of the FBI** may have concerning me. In making an earlier request to FBI Headquarters I was informed that I needed to contact individual field offices directly.

My full name is Andrew Scott Bestor, SS No. 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, and I was born on April 29, 1963 in Hartford Connecticut.

My current residence is 144 11th St SE, No. 4, Washington D.C. 20003.

I will pay for copies of Xeroxing - I think the suggested initial amount was $25.00 but potentially much more than that.

I swear under penalty of law the information I request is about me.

Sincerely yours,

Andrew Bestor
144 11th St SE, No. 4, Washington D.C. 20003

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDREW BESTOR** ) | |
| ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 06-1745 (RMU) |
| **V.** ) | |
| ) | ECF |
| **DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**PROPOSED SCHEDULING ORDER**

_____this being an action brought under the Freedom of Information Act (FOIA), it is hereby ordered that the Defendant shall have until February 6, 2007, to file its Motion for Summary Judgment (Motion).


SO ORDERED.


_____
THE HONORABLE RICHARDO M. URBINA
United States District Court Judge