RECEIVED
DEC 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
District of Columbia

Andrew Bestor, *pro se*
    Plaintiff

v.      No. 1:06-cv-1745 (RMU)

Federal Bureau of Investigation [FBI]
    Defendant

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S PROPOSED SCHEDULING ORDER

May it please the Court,

1. Plaintiff Bestor strongly opposes the defendant's proposed scheduling order which essentially equates to an unnecessary delay in this case. In their responsive filing [docket number 4 of 12/08/2006] they claim, as a "FIRST AFFIRMATIVE DEFENSE," that the Complaint fails to state a claim upon which relief can be granted. This Court should simply rule on that, finding for Bestor and securing a *Vaughn* index to all documents falling under the Freedom Of Information Act requests he exhausted and litigates here.

2. Bestor directly contacted FBI offices in Iowa June/July 1999 and Chicago Sep/Oct 1999, as well as subsequently in Seattle. He previously lived in Albuquerque in 1996 and visited Denver on several occasions [in addition to Hartford, Boston, and other cities]. Not only does Bestor suggest the FBI has documentation from at least some of those contacts and travel which should have been revealed to him in FOIA requests No. 1029403-000 Appeal 06-0096 and No. 1021054 Appeal 05-2021, in his Complaint Bestor claims FBI Unit Chief Arthur Radford Baker significantly misrepresented FBI documentation and awareness in a letter written October 26 2001. Mr. Radford Baker essentially lied. Bestor wants the information he should have gotten from those requests.

1

**United States District Court**
**District of Columbia**

Bestor argues this Court should accept his repeated contacts with the FBI as sufficient to increase the likelihood 'documentation of some kind exists' beyond what is required for his Complaint to survive the defendant's motion to dismiss.

3. The defendants seek to expand Bestor's Complaint beyond Freedom Of Information Act requests he seeks to litigate, and Bestor claims that is hugely contrary to the spirit of 5 U.S.C. 552 which is suppose to be a devise for people to use in uncovering malfeasance AND NOT a device for the government to use in perpetuating malfeasance. Broadening the action may involve surveillance and evaluation/command interfaces, communication patterns, and sequential attack mechanisms unfairly targeting Bestor. On the other hand, Bestor only claims FBI Chief Arthur Radford Baker lied the one time - in the letter of September 2001.

4. The FBI separates field offices from the main headquarters in <u>mandating</u> separate FOIA processes be exhausted. THERE IS NO 'ONE STOP' SHOPPING. They should not be allowed to now reverse that <u>requirement</u> in this case only or against Bestor only.

Respectfully submitted,

Andrew Bestor, 144th St SE, Washington D.C. 20003

(202) 320-3638

2

United States District Court
District of Columbia

**I HEREBY CERTIFY** that service of the foregoing

PLAINTIFF'S OPPOSITION TO DEFENDANT'S SCHEDULING ORDER

has been made by mailing a copy thereof to:

Heather D. Graham-Oliver
Assistant United States Attorney
555 4th St., N.W.
Washington DC 20530
(202) 305-1334

Office of the General Counsel
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

and delivering a copy to:

U.S. Attorney General
D.O.J.
950 Pennsylvania Ave NW
Washington DC 20530

on this 12h day of December 2006. Sworn under penalty of law.

Andrew Bestor
144 11th St. SE, No. 4
Washington D.C. 20003
(202) 320-3638

United States District Court
District of Columbia

Andrew Bestor, *pro se*
    Plaintiff

v.

Federal Bureau of Investigation [FBI]
    Defendant

No. 1:06-cv-1745 (RMU)

### ORDERED

This being an action brought under the Freedom Of Information Act (FOIA),

it is hereby ordered the defendant provide an index under *Vaughn v. Rosen*, 484 F.2d 820 (1973) to documents falling under plaintiff's properly litigated Freedom Of Information Act requests [No. 1029403-000 Appeal 06-0096 and No. 1021054 Appeal 05-2021]

no later than December 26 2006.

SO ORDERED.

Hon. Richardo M. Urbina
United States District Court for the District of Columbia