**United States District Court**
**District of Columbia**

# RECEIVED

APR 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Andrew Bestor, *pro se*
      Plaintiff

v.                                                    No. 1:06-cv-1745 (RMU)

Federal Bureau of Investigation [FBI]
      Defendant


**I HEREBY CERTIFY** that service of the foregoing


STANDING ORDER FOR CIVIL CASES


has been made by delivering copies thereof to:

Heather D. Graham-Oliver
Assistant United States Attorney
555 4th St., N.W.
Washington DC 20530
(202) 305-1334

U.S. Attorney General
D.O.J.
950 Pennsylvania Ave NW
Washington DC 20530

And mailing a copy to:

Office of the General Counsel
Federal Bureau of Investigation [FBI]
Washington D.C. 20530


on this 17th day of April 2006. Sworn under penalty of law.

                                     _____

                                     Andrew Bestor
                                     144 11th St. SE
                                     Washington D.C. 20003
                                     (202) 904-4763