IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ANDREW SCOTT BESTOR, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-1745 (RMU) |
| | : | | |
| v. | : | Document No: | 8 |
| | : | | |
| FEDERAL BUREAU OF INVESTIGATION, | : | | |
| | : | | |
| Defendant. | : | | |

**ORDER**

**GRANTING THE DEFENDANT'S MOTION TO DISMISS THE PLAINTIFF'S WASHINGTON FIELD OFFICE FOIA REQUEST AND GRANTING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO THE PLAINTIFF'S FBI HEADQUARTERS AND SEATTLE FIELD OFFICE FOIA REQUESTS**

For the reasons stated in this court's memorandum opinion separately and contemporaneously issued this 6th day of August 2007, it is hereby

**ORDERED** that the defendant's motion to dismiss the plaintiff's Washington Field Office FOIA claim is **GRANTED**. It is

**FURTHER ORDERED** that the defendant's motion for summary judgment as to the plaintiff's FBI Headquarters and Seattle Field Office FOIA claims is **GRANTED**.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge