UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ANDREW SCOTT BESTOR, | : | | |
| Plaintiff, | : | Civil Action No.: | 06-1745 (RMU) |
| v. | : | Document No: | 14 |
| FEDERAL BUREAU OF INVESTIGATION, | : | | |
| Defendant. | : | | |

## O R D E R

### GRANTING IN PART AND DENYING IN PART THE PLAINTIFF'S REQUEST FOR RELIEF FROM JUDGMENT

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 26th day of March 2008, it is hereby

**ORDERED** that the plaintiff's motion for relief from judgment is **GRANTED in part** and **DENIED in part**.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge