# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

*ANDREW BESTOR*
_____
Plaintiff

vs.                                    Civil Action No. *1·06-cv-01745 RMU*
                                                      *1745*

*FEDERAL BUREAU OF INVESTIGATION*
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this  *31ˢᵗ*  day of  *MARCH*  , 20 *08* , that

*PLAINTIFF ANDREW BESTOR*

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the  *26ᵀᴴ*  day of  *MARCH*  , 20 *08*

in favor of  *DEFENDANT FBI*

against said  *PLAINTIFF* .



**RECEIVED**

_____
                                        Attorney or Pro Se Litigant

MAR 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**     Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

[1] *HEATHER D. GRAHAM-OLIVER*
*U.S. ATTORNEY'S OFFICE*
*501 3rd St. NW*
*Rm. 4808*
*WASHINGTON D.C. 20530*

[2] *OFFICE OF GENERAL COUNSEL*
*FEDERAL BUREAU OF INVESTIGATION*
*WASHINGTON D.C. 20530*

[3] *U.S. ATTORNEY GENERAL*
*D.O.J.*
*950 PENNSYLVANIA AVE NW*
*WASHINGTON D.C. 20530*